UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOMARCUS PORTER**                                              **CIVIL ACTION**

**VERSUS**                                                        **NUMBER: 24-503**

**JOHNATHAN TYNES, ET AL.**                                       **SECTION: "T"(5)**


## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation (R. Doc. 19), and the failure of either party to file any timely objections to the Magistrate Judge's Partial Report and Recommendation,[1] hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

---

[1] Plaintiff filed a Motion to Pause All Proceedings (R. Doc. 20) within the time period for an objection; however, he did not address the basis for the Magistrate Judge's report and recommendation to dismiss without prejudice. Instead, he merely sought to pause the proceedings and indicated he would file a motion to continue. Plaintiff did file an objection and other filings outside of the time period. But again, even in the objection, Plaintiff does not address the Magistrate Judge's reasoning; instead, he seeks leave to amend his complaint without stating the basis for the amendment. *See* R. Docs. 23, 21, 24, and 25. Plaintiff has filed Notices of Address Change, *see* R. Docs. 22 and 26, but again, he does not address the basis of the Magistrate Judge's finding that prior to these belated and untimely efforts, he had previously failed to take the necessary actions to prosecute his claims. *See* R. Doc. 19.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) Motion to Dismiss on Behalf of Defendants Jonathan Tynes, Aaron Bennett, Lloyd Spears, and Dillion Tynes is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

New Orleans, Louisiana, this  30th  day of   December   , 2024.

_____
**UNITED STATES DISTRICT JUDGE**